UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:17-CV-80959-ROSENBERG/HOPKINS

**PHILIP REVIEN,**

    Plaintiff,

v.

**EASTERN REVENUE, INC.,**

    Defendant.
_____/

## NOTICE OF TELEPHONIC APPEARANCE

COMES NOW, Defendant, **EASTERN REVENUE, INC.**,, by and through its undersigned counsel, and hereby files this Notice of Telephonic Appearance for the Status Conference/Hearing scheduled for 3/1/2018 at 3:30 PM.

Dated: February 28, 2018

Respectfully submitted by:

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080